United States District Court
Southern District of Texas
**ENTERED**
September 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HC4, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-01957 |
| | § | |
| **TRAVELERS CASUALTY AND** | § | |
| **SURETY COMPANY OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |
| | § | |
| —AND— | § | |
| | § | |
| **JASON FREEMAN,** | § | |
| | § | |
| Intervenor, | § | |
| | § | |
| v. | § | |
| | § | |
| **TRAVELERS CASUALTY AND** | § | |
| **SURETY COMPANY OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day, the Court received and considered the Parties' Joint Stipulation of Dismissal, and having been advised that the Parties have reached a compromise settlement which resolves all claims which are currently in dispute among them in this action, the Court finds that this action should be dismissed pursuant to the terms of the Joint Stipulation of Dismissal. Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that:

(1) Plaintiff's claim against Defendant for insurance coverage for the underlying lawsuit styled *HC4, Inc. Employee Stock Ownership Plan v. HC4, Inc.*, currently pending as

Civil Action No. 4:15-cv-00872, in the United States District Court for the Southern District of Texas, is dismissed <u>without prejudice</u>.

(2) All other claims or matters which were asserted or could have been asserted among the Parties in this action are dismissed <u>with prejudice</u>.

(3) Each Party shall bear its own fees and costs.

Signed at Houston, Texas this __27th__ day of September 2017.

*[signature]*
Ewing Werlein, Jr.
United States District Judge